Decided March 14, 2007

JEFFREY WALKER *v.* COMMISSIONER OF CORRECTION

The petitioner Jeffrey Walker's petition for certification for appeal from the Appellate Court, 99 Conn. App. 903 (AC 26935), is denied.

*Katharine S. Goodbody*, special public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided March 14, 2007